IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. **23-13909-CC**

United States of America,

Appellee.

- versus-

Rafael De La Cruz Jimenez,

Appellant.

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
_____

**AMENDED
UNITED STATES' NOTICE CONCERNING
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

                           Markenzy Lapointe
                           United States Attorney
                           Attorney for Appellee
                           99 N.E. 4th Street
                           Miami, Florida 33132
                           (305) 961-9052

Daniel Matzkin
Chief, Appellate Division

Michael Brenner
Assistant United States Attorney

Of Counsel

**United States v. Rafael De La Cruz Jimenez, Case No. 23-13909-CC**
**United States <u>Amended</u> Notice Concerning Certificate of Interested Persons and Corporate Disclosure Statement**

In compliance with Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-4, the undersigned certifies that the list set forth below is a complete list of the persons and entities previously included on our CIP, and also includes additional persons and entities (designated in bold face) who have an interest in the outcome of this case.

Acosta, R. Alexander

Almon, Jr., Thomas Franklin

Bardfeld, Laurence M.

**Brenner, Michael**

De La Cruz-Jimenez, Rafael Daniel

Dimitrouleas, Hon. William P.

Fajardo Orshan, Ariana

Ferrer, Wifredo A.

Gonzalez, Juan Antonio

Greenberg, Benjamin G.

Jiménez, Marcos Daniel

Lapointe, Markenzy

Madera-Sanchez, Luis Alejandro

c-1 of 2

**United States v. Rafael De La Cruz Jimenez, Case No. 23-13909-CC
United States <u>Amended</u> Notice Concerning Certificate of Interested
Persons and Corporate Disclosure Statement (Continued)**

Matzkin, Daniel

McKenna, Paul A.

O'Connor, Eileen

O'Malley, Thomas Anthony

Rosenblatt, Robert A.

Seltzer, Hon. Barry S.

Sloman, Jeffrey H.

**Smachetti, Emily M.**

Snow, Hon. Lurana S.

Taylor, Skip

 

*/s/ Michael Brenner*
Michael Brenner
Assistant United States Attorney
99 N.E. 4th Street, 5th Floor
Miami, FL 33132
(305) 961-9052
Michael.Brenner@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 9, 2024, the foregoing <u>Amended</u> Certificate of Interested Persons was filed using CM/ECF that on the same day, the Certificate of Interested Persons was served via U.S. Mail on Rafael Daniel De La Cruz Jimenez, *pro se*, Reg. No. 56269-004, FCI Oakdale I – Inmate Legal Mail, P.O. Box 5000, Oakdale, LA 71463.

*/s/ Michael Brenner*
Michael Brenner
Assistant United States Attorney

*ags*